National Electric Controller Company, plaintiff and appellant, v. Frederick E. Ward et al., defendants. Ning Eley, appellee. Gen. No. 30,284.

Action of debt against partnership. Orders dismissing cause as to one defendant, overruling motion to make such defendant party to judgment against another defendant, and overruling motion for judgment against dismissed defendant. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Appeal dismissed. Opinion filed June 14, 1926.

Samuel Shaw Parks, for appellant. Clithero, Van Schaick & Stevens, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Anna Maria McElligott, appellee, v. William P. Begley and Sarah Begley, alias Sadie Begley, appellants. Gen. No. 30,425.

Bill to subject certain real estate to decree for complainant entered in prior suit against defendants. Decree granted. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Charles N. Goodnow, for appellants; Goodnow, Barasa & Liss, of counsel; Leesman & Roemer, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Anna Schroeder, appellee, v. Elizabeth Grukszelis, appellant. Gen. No. 30,492.

Action for rent. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

C. C. H. Zillman, for appellant. Teller, Levit, Silvertrust & Levi, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Elsie Rowell, appellant, v. Chicago, Rock Island & Pacific Railway Company, appellee. Gen. No. 30,519.

Action for personal injuries. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Carpenter, Barnhardt & Grant, for appellant. Daniel Taylor, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Emma Hegner, appellant, v. Herman Kindcek et al., appellees. Gen. No. 30,529.

Action for personal injuries. Judgment for defendants. Appeal from the Superior Court of Cook county; the Hon. Jesse Holdom, Judge, presiding. Heard in the first division of this court for the